WILLIAM BURFEIND, Respondent, *v.* PEOPLE'S SURETY COMPANY OF NEW YORK, Appellant.

*Burfeind* v. *People's Surety Co. of N. Y.*, 139 App. Div. 762, affirmed. (Argued November 2, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 29, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on a guaranty bond.

*F. Sidney Williams, Edward M. Grout* and *Paul Grout* for appellant.

*Ernest G. Stevens* and *William O. Gantz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, and COLLIN, JJ.